**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Nicholas Maurice RODRIGUEZ,**
**Defendant–Appellant.**

**No. 07–10234**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2007.

Jeffrey Robert Haag, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The Federal Public Defender appointed to represent Nicholas Maurice Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR R. 47.5.4.